Dear Mr. Jabarah,                    _Exhibit A_

Per the Judge Neureiter's request following the recent Motion Hearing, below are the titles of the two that were rejected in or around October 2019, which you claim you only received verbal notice of:

Book 1 is Majmu' Rasa'il wa Fatawah, written by Sheikh Abdallah Bin Abd Al-Aziz Al-'Anqari Al-Najdi Al-Hanbali. The book was denied because it contains inflammatory material and incites violence.

Book 2 is Majmu' Rasa'il wa Fatawah, written by Sheikh Abdallah Bin Sulayman Al-Balhid Al-Najdi Al-Hanbali. The book was denied because it contains inflammatory material.

Regards,

A. Powell
Senior Attorney

4.20.23

               volumes, billing questions, etc. The review of this correspondence will be in accordance with section 8(a)(iii), below.

ii)     Sections of any publication/newspaper offering a forum for information to be passed by unknown and/or unverified individuals, including but not limited to, classified advertisements and letters to the editor, should be removed from the publications/newspapers prior to distribution to you.

iii)    If restricted by the USMS/BOP/DF rules, access to a publication will be denied. If acceptable, upon delivery, the USMS/BOP/DF will review the publication and make the initial determination. If the FBI's expertise is required, the publication will be forwarded to the FBI for review. The USMS/BOP/DF will also forward the publication to the FBI if translations are needed to make the determination. (In these cases, the FBI shall respond to the USMS/BOP/DF within fourteen (14) business days.) You shall then have access to the remaining portions of the publications/newspapers deemed acceptable, in accordance with USMS/BOP/DF policy.

iv)    In order to avoid passing messages/information from inmate to inmate, you shall be allowed to share institutionally purchased publications/newspapers with other SAM inmates only after each publication/newspaper is physically screened by staff to ensure the messages cannot be passed between the SAM inmates. Publications/newspapers individually purchased by you may not be shared with any other inmate.

b)    **Television and Radio** – You are authorized to have television and radio viewing and listening privileges, in accordance with standard and applicable USMS/BOP/DF policies and procedures.

c)    **Terminations or Limitations** – If the USMS/BOP/DF determines mass communications are being used as a vehicle to send messages to you relating to the furtherance of terrorist or criminal activities, your access may be limited or terminated for a period of time to be determined by the USMS/BOP/DF.

9)   **Access to Books**

a)    You may have access to all books which do not facilitate criminal activity or present a substantial threat to national security or the security, discipline, or good order of the institution. This initial determination is to be made by the USMS/BOP/DF and, if the USMS/BOP/DF determines the FBI's expertise is required, the book(s) will be forwarded to the FBI for review. In conducting its analysis, the FBI will determine whether the book advocates or promotes acts

of terrorism or violence and/or whether access to the book by you would pose a substantial threat to national security.

b)  In order to avoid passing messages/information from inmate to inmate, you shall be allowed to share institutionally purchased books with other SAM inmates only after each book is physically screened by staff to ensure messages cannot be passed between the SAM inmates. Books individually purchased by you may not be shared with any other inmate.

10) **Transfer of Custody** – In the event you are transferred to or from the custody of the USMS, BOP, or any other DF, the SAM provisions authorized for you shall continue in effect, without need for any additional DOJ authorization.

11) **Inmate's Consular Contacts** – You, a citizen of Canada, shall be allowed Consular communications, consistent with USMS/BOP/DF policy. The Consular contacts shall comply with the U.S. Department of State (DOS) Consular notification and access requirements.[8] Prior to permitting any Consular contact, the FBI will verify the Consular representative's credentials with the DOS. The Consular representative will comply with the terms of the SAM regarding third party communications, specifically, no telephone call/communication, or portion thereof:

i)  Is to be overheard by a third party, except where necessary in conjunction with Consular duties.[9]

ii)  Is to be patched through, or in any manner forwarded or transmitted, to a third party, except where necessary in conjunction with Consular duties.

iii)  Shall be divulged in any manner to a third party, except where necessary in conjunction with Consular duties.

iv)  Shall be in any manner recorded or preserved.[10]

## CONCLUSION

---

[8] *See* Consular Notification and Access, Instructions for Federal, State, and Local Law Enforcement and Other Officials Regarding Foreign Nationals in the United States and the Rights of Consular Officials to Assist Them, DOS. The DOS contact is the Consular Notification and Outreach Division, Office of Policy Coordination and Public Affairs, DOS, telephone (202) 485-7703 or http://www.travel.state.gov/law/consular/consular_753.html.

[9] For purposes of the SAM, "third party" does not include officials of the USMS/BOP/DF, FBI, DOJ, or other duly authorized federal authorities when monitoring in connection with their official duties. This section does not allow monitoring of attorney-client communications.

[10] Except by the USMS/BOP/DF, FBI, DOJ, or other duly authorized federal authorities.

**"Sensitive But Unclassified"**

*Exhibit C* 

This is in response to your Central Office Administrative Remedy Appeal, wherein you claim your religious rights were violated by the Warden at ADX Florence. Specifically, you claim two books were improperly rejected because they were not reviewed by a Bureau of Prisons (BOP) Imam or Chaplain. For relief, you request a BOP Imam or Chaplain to review the books.

We have reviewed documentation relevant to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns at the time of your Request for Administrative Remedy and subsequent appeal. You have failed to identify or provide the names of the publications that you claim were improperly rejected. Without the names of the books, we are unable to fully access the reasons for the rejection.

As indicated in the lower level responses to your appeal, a review reflected that any publications addressed to you that may have been rejected were processed pursuant to Program Statement 5266.11, Incoming Publications, and/or the restrictions of your Special Administrative Measures (SAMs), 28 C.F.R. § 501.

Upon direction of the Attorney General, the Director may authorize the Warden to implement SAMs when there is a substantial risk that an inmate's communications or contacts with persons could result in death or serious bodily injury to persons, or substantial damage to property that would entail the risk of death or serious bodily injury to persons. There is no additional information that will allow this office to pursue this matter any further.

We encourage you to continue working with institution and Chaplaincy Services staff to address any additional needs or concerns you may have.

Accordingly, this response is for informational purposes only.

_10 24 11_
Date

Ian Connors, Administrator
National Inmate Appeals WSM

**Administrative Remedy No. 984163-A1**
**Part B - Response**

*Exhibit D*

This is in response to your Central Office Administrative Remedy Appeal, wherein you request book hardcovers be removed after SIS inspects the books for SAMS inmates.

We have reviewed documentation relevant to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns at the time of your Request for Administrative Remedy and subsequent appeal. Staff actions in this matter are consistent with the requirements of Institution Supplement FLM 5266.11F, Incoming Publications, and Program Statements 5800.16, Mail Management Manual, 5265.14, Correspondence and 5266.11, Incoming Publications. As indicated by the Warden, once hardcover books have been inspected, it will be determined if the book is to be returned or provided to you. If it is determined the book is suitable for distribution, the hardcover will be removed.

Accordingly, this response is for informational purposes only.

_____
Date

_____
Ian Connors, Administrator
National Inmate Appeals











Exhibit E-5







Exhibit E-7



Exhibit E-8





*Exhibit E*

BP-A0953       **Notification to Inmate and Publisher/Sender of**

OCT 11            **Rejected Publication** CDFRM

**U.S. DEPARTMENT OF JUSTICE**        **FEDERAL BUREAU OF PRISONS**

(TO BE USED WHEN REJECTING A PUBLICATION UNDER SECTION 2.a.-e. OF PS 5266.11)

Inmate: Jabarah, Mohammed .

Register Number: 06909-091

Institution: United States Penitentiary, Administrative Maximum, Florence, CO

RE: The Official Senate Report on CIA      Issue: 2014

The above-named publication/material from Barnes & Noble
has been rejected in accordance with the Bureau's Program Statement **Incoming
Publications**, which provides in part:

> **A publication may be rejected only if it is determined detrimental
> to the security, good order, or discipline of the institution or if
> it might facilitate criminal activity.**

The above-named publication has been rejected because:
The incoming publication "depicts, describes, or encourages activities which may lead to the
use of physical violence or group disruption".

A copy of this notification has been sent to the publisher/sender, who may obtain
an independent review of this rejection by writing to the Regional Director.
Gateway Complex Tower II, 8th Floor, 400 State Avenue, Kansas City, KS 66101

Inmates may seek review of this determination through the Administrative Remedy
Program within twenty (20) days of receipt of that copy.

B. True, Complex Warden           6/8/2020
_____         _____
Warden                        Date

CC: Barnes & Noble 12660 Old Virginia Rd. Reno, NV 89521

BP-A0953
OCT 11

**Notification to Inmate and Publisher/Sender of
Rejected Publication** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

(TO BE USED WHEN REJECTING A PUBLICATION UNDER SECTION 2.a.-e. OF PS 5266.11)

Inmate: Jabarah, Mohammed

Register Number: 06909-091

Institution: United States Penitentiary, Administrative Maximum, Florence, CO

RE: THE 48 LAWS OF POWER                    Issue:

The above-named publication/material from AMAZON
has been rejected in accordance with the Bureau's Program Statement **Incoming
Publications**, which provides in part:

> A publication may be rejected only if it is determined detrimental
> to the security, good order, or discipline of the institution or if
> it might facilitate criminal activity.

The above-named publication has been rejected because:
After review of the publication, it was determined that the information contained therein
poses a safety and security risk. Due to the reason cited, the above-named publication is
not suited for introduction into a correctional facility.

A copy of this notification has been sent to the publisher/sender, who may obtain
an independent review of this rejection by writing to the Regional Director.
Gateway Complex Tower II, 8th Floor, 400 State Avenue, Kansas City, KS 66101

Inmates may seek review of this determination through the Administrative Remedy
Program within twenty (20) days of receipt of that copy.

B. True, Complex Warden                      10/18/21
Warden                                       Date

cc: Amazon Fulfillment Services 3837 Bay Lake Trail, suite 115 North Las Vegas, NV 89030

Sent to I/m on 10/27/2021

PDF                                 Prescribed by PS 5266

BP-A0953
OCT 11

## Notification to Inmate and Publisher/Sender of
### Rejected Publication CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    FEDERAL BUREAU OF PRISONS

(TO BE USED WHEN REJECTING A PUBLICATION UNDER SECTION 2.a.-e. OF PS 5266.11)

Inmate: JABARAH, MOHAMMED

Register Number: 06909-091

Institution: United States Penitentiary, Administrative Maximum, Florence, CO

RE: THE CARAVAN                    Issue:

The above-named publication/material from Amazon
has been rejected in accordance with the Bureau's Program Statement **Incoming
Publications**, which provides in part:

> **A publication may be rejected only if it is determined detrimental
> to the security, good order, or discipline of the institution or if
> it might facilitate criminal activity.**

The above-named publication has been rejected because:
Per the Special Administrative Measures placed by the Department of justice on this inmate,
this book is denied on the basis that the subject of the book, Abdallah Azzam, is held as the
father of global Jihad.

A copy of this notification has been sent to the publisher/sender, who may obtain
an independent review of this rejection by writing to the Regional Director.
Gateway Complex Tower II, 8th Floor, 400 State Avenue, Kansas City, KS 66101

Inmates may seek review of this determination through the Administrative Remedy
Program within twenty (20) days of receipt of that copy.

B. True Complex Warden                    10-06-2021
Warden                                    Date

cc: Amazon Fufillment Services, 3837 Bay Lake Trail Suite 115, North Las Vegas , NV 89030

*Sent down to 1fm — 11/27/21*

PDF                    Prescribed by PS 5266

**Administrative Remedy No. 1089059-A1** <u>*Exhibit I*</u>
**Part B - Response**


This is in response to your Central Office Administrative Remedy
Appeal wherein you request a more specific reason for the
rejection of the publication titled "48 Laws of Power."

We have reviewed documentation relevant to your appeal and,
based on the information gathered, concur with the manner in
which the Warden and Regional Director addressed your concerns.
Program Statement 5266.11, <u>Incoming Publications</u>, provides
guidance related to the processing of incoming newspapers,
magazines, books, etc. Policy states "The Warden will establish
controls to protect inmates and maintain the institutions
security, discipline, and good order." As admitted by you in
this appeal, you were notified of the reason for the rejection
of your publication. While you may disagree with this
assessment, the Warden has the authority to the publication in
question poses a security concern within a correctional
environment.

You provide no information to substantiate you claim that you
were not given a valid reason for the rejection.

Based on the foregoing, this response is provided for
informational purposes only.


_____                    _____
7/8/22                                   ʲʸ
Date                                     Ian Connors, Administrator
                                         National Inmate Appeals

**Administrative Remedy No. 1095236-A1**    *Exhibit J*
**Part B -Response**

This is in response to your Central Office Administrative Remedy Appeal, wherein you claim your incoming book, <u>The Caravan:  Abdallah Azzam and the Rise of Global Jihad</u>, was improperly rejected.  For relief, you request to receive the book.

We have reviewed documentation relevant to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns at the time of your Request for Administrative Remedy and subsequent appeal. As previously indicated, the subject matter in the book references concepts for recruiting and radicalizing inmates and people to radical jihad.  Staff actions in this matter are consistent with the requirements of Program Statement 5266.11, <u>Incoming Publications</u>.

Accordingly, your appeal is denied.


_5 | 3 | 22_
Date

_____
Ian Connors, Administrator
National Inmate Appeals

*Exhibit K*

## Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE:             JABARAH, Mohammed

REGISTER NUMBER:  06909-091/H

INSTITUTION:        United States Penitentiary
                    Administrative Maximum
                    P.O. Box 8500
                    Florence, CO 81226-8500

RE:                 "Sign Language"    Date/Issue of Publication:  1997

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity.

The publication has been rejected because publications that instruct in sign language are not allowed. This information has been determined to be detrimental to the security, good order and discipline of the institution. Due to the reasons cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution. If an appeal is not received within 20 days, this publication will be returned to the publisher. In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of this copy.

_____                    4-21-14
D. Berkebile, Complex Warden                 Date

DB/rjm

cc:  Amazon Fulfillment Services
     3837 Bay Lake Trail, Suite 115
     North Las Vegas, NV 89030

BP-A0953
OCT 11

# Notification to Inmate and Pulisher/Sender
## of Rejected Publication

**U.S. DEPARTMENT OF JUSTICE**     *Exhibit 26*     **FEDERAL BUREAU OF PRISONS**

Inmate Name:    JABARAH, Mohammed Mansour

Register Number:    06909-091

Institution:    United States Penitentiary, Administrative Maximum, Florence, CO

RE:  The Mission And The Kingdom                Issue:    N/A

The above-named publication/material from  Amazon Fulfillment Services
Has been rejected in accordance with the Bureau's Program Statement Incoming
Publications, which provides in part:

   A publication may be rejected only if it is determined detrimental to the
   security, good order, or discipline of the institution or if it might
   facilitate criminal activity.

The above-named publication has been rejected because:
The book advocates extremist activity and/or Islamic terrorism within the
contents.  Denied for National Security concerns.

A copy of this notification has been sent to the publisher/sender, who may
obtain an independent review of this rejection by writing to the Regional
Director at Gateway Complex Tower II, 8th Floor, 400 State Avenue, Kansas City,
KS 66101.

Inmates may seek review of this determination through the Administrative Remedy
Program within twenty (20) days of receipt of this notice.

_Htaulins for_
Jack Fox, Complex Warden                _1/27/17_
                                        Date

cc:  Amazon Fulfillment Services, 1600 Worldwide Blvd., Hebron, KY 41048

PDF                        Prescribed by PS 5266



**U.S. Department of Justice**
Federal Bureau of Prisons

*United States Penitentiary –*
*Administrative Maximum*



*Florence, Colorado 81226*

October 18, 2016

MEMORANDUM FOR   D. Nelson, Inmate Systems Manager

FROM:                        J. Cabel, H Unit

SUBJECT:                  Inmate Mail Rejection:  JABARAH 06909-091

The book "Global Salafism" is **DENIED**

Advocates extremist activity and/or Islamic terrorism within the contents. Denied for
National Security Concerns.



**U.S. Department of Justice**
Federal Bureau of Prisons

*United States Penitentiary –*
*Administrative Maximum*



*Florence, Colorado 81226*

October 18, 2016

MEMORANDUM FOR   D. Nelson, Inmate Systems Manager

FROM:                        J. Cabel, H Unit

SUBJECT:                  Inmate Mail Rejection:  JABARAH 06909-091

The book "The Friends of Allah & The Friends of Shaytan" is **DENIED**

Advocates extremist activity and/or Islamic terrorism within the contents. Denied for National Security Concerns.

**Administrative Remedy No. 1016600-A1**
**Part B - Response**

*Exhibit O*

This is in response to your Central Office Administrative Remedy Appeal where you state your incoming Muslim-Arabic publications were rejected and no explanation was provided as to how they violate your Special Administrative Measures (SAM). You request to be provided the specific explanation as to why the FBI claims the books violate your SAM.

The Warden and Regional Director adequately addressed your complaint and we concur with the responses provided. You have been advised regarding the review of incoming publications and the extra level of review for publications receive by SAM inmates. In regards to the rejected publications in question, you were advised they were in Arabic and recommended for rejection by the SIS and FBI. Following review by the Legal Department, the publications were rejected by the Warden pursuant to Program Statement 5266.11, Incoming Publications. If you have not received a rejection notice for this decision, and/or wish to be provided additional information, you should seek assistance from your Unit Team.

This response is provided for informational purposes.

6/23/21
_____
Date

_____
Ian Connors, Administrator
National Inmate Appeals

**Gary Sowards**                    *Exhibit P*

stamp                                    Approved License:
                                         UNITED S

This message was sent to you at the request of Jarir Saadoun, to notify you that they have shipped a package to you. For details about your shipment or to track your package, please refer to the information below.

Shipment Details

**Shipped To:** Mohammed Jabarah
Reg. No. 06909-091, U.S. Penitentiary MAX, P.O. Box 8500,
Florence, CO 81226-8500

**Mailing Date:** 5/28/2020

**Est. Delivery:** 6 days

**Service:** Media Mail (R)

**Signature:** Not Required

**Tracking:** 9449011699000477065161

The shipment information contained in this email is provided by Stamps.com. For questions about this package, please contact Jarir Saadoun or U.S. Postal Service.



Easily print USPS shipping labels from your PC online. At Stamps.com, our goal is to simplify shipping so you can focus on your business. Get started at www.stamps.com.

1

# Jarir Bookstore



11107 Brookhurst Street
Garden Grove, CA 92840
Tel: 714.539.8100   Fax: 714.539.8130

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/28/2020 | 38498 |



| Bill To |
|---------|
| Gary Sowards |



| Ship To |
|---------|
| |

| Terms | | Ship Via | Purchase Order No. |
|-------|--|----------|--------------------|
| PAID | | US Mail | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| badaa fawad | 2 | 30.00 | 60.00 |
| shifa alll | 1 | 20.00 | 20.00 |
| Shipping and Processing | 3 | 7.00 | 21.00 |

Mohammed Jabarah
Reg. No. 06909-091

U.S. Penitentiary MAX

P.O. Box 8500

Florence, CO 81226-8500
944901169900004770555161

Fi Amanillah

| | |
|---|---|
| Subtotal | |
| Sales Tax (0.0%) | |
| **Total** | |

RECEIPT - ADMINISTRATIVE REMEDY   *Exhibit R-1*

DATE: APRIL 4, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MOHAMMED MANSOUR JABARAH, 06909-091
      FLORENCE ADMAX USP      UNT: H      QTR: H02-203L

THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 1091444-A1
DATE RECEIVED   : MARCH 13, 2023
RESPONSE DUE    : APRIL 22, 2023
SUBJECT 1       : OTHER OPERATIONS
SUBJECT 2       : OTHER LEGAL

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

*Exhibit R-2*

DATE: APRIL 4, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MOHAMMED MANSOUR JABARAH, 06909-091
      FLORENCE ADMAX USP    UNT: H   QTR: H02-203L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID     : 1091444-A1
DATE RECEIVED : MARCH 13, 2023
RESPONSE DUE  : MAY 12, 2023
SUBJECT 1     : OTHER OPERATIONS
SUBJECT 2     : OTHER LEGAL

| REMEDY-ID | SUBJ1/SUBJ2 | --------------------ABSTRACT------------------ | | | |
|-----------|-------------|--------|--------|--------|--------|
|  | RCV-OFC | RCV-FACL | DATE-RCV | STATUS | STATUS-DATE |
| 1139960-A1 | 25EM/ | Q | | | |
|  | BOP | FLM | 02-16-2023 | CLD | 03-20-2023 |
| 1153167-F1 | 16ZM/ | REQUESTS HOBBY CRAFT SENT TO ATTORNEY | | | |
|  | FLM | FLM | 03-02-2023 | CLD | 03-20-2023 |
| 1091444-A1 | 25ZM/33ZM | CLAIMS PROPERTY WAS CONFISCATED | | | |
|  | BOP | FLM | 03-13-2023 | ACC | 03-31-2023 |
| 1153167-R1 | 11GM/16ZM | REQUESTS HOBBY CRAFT SENT TO ATTORNEY | | | |
|  | NCR | FLM | 04-03-2023 | ACC | 04-03-2023 |

4 REMEDY SUBMISSION(S) SELECTED          *Exhibit R-3*

G0000    TRANSACTION SUCCESSFULLY COMPLETED

 *Exhibit S*

This is in response to your Central Office Administrative Remedy Appeal wherein you allege Jewish inmates are accommodated with special kosher food items, besides their regular meals, during the eight days of Passover. You contend the ceremonial meal provided for Muslim inmates is not certified halal; therefore, you must choose between that meal and your regular halal meal. For relief, you request a special halal meal be provided for Eid al-Adha.

We have reviewed documentation relevant to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns. Program Statement 5360.09, CN-1, Religious Beliefs and Practices, states "The chaplain may arrange for inmate religious groups to have one appropriate ceremonial or commemorative meal each year for their members as identified by the religious preference reflected in the inmate's file. An inmate may attend one religious ceremonial meal in a calendar year." Our review revealed your faith group was accommodated with a ceremonial meal during the observance of the Eid al-Adha.

In accordance with Program Statement 4700.06, Food Service Manual, the Religious Ceremonial Menu is derived from items regularly available on the National Mainline Menu. No other foods are authorized for ceremonial meals.

We found no evidence to support your allegations that the Muslim faith group is being treated unfairly or discriminated against.

Accordingly, this response is for informational purposes only.

_12/15/20_
Date

_JC_
Ian Connors, Administrator
National Inmate Appeals          _B.T._

Name: Mohammed Tabarak
Reg No: 06-909-091
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500
CVR 33-036

CLERK OF THE COURT
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ UNITED STATES COURT HOUSE
901 19th STREET, ROOM A 105
DENVER, CO 80294-3589

* Special Mail *

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

PITNEY BOWES

U.S. POSTAGE $ 000.000
02 1P
0000007269 MAY 02 2023
MAILED FROM ZIP CODE 81226

**\* Special Mail \***

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE _____

MAY 03 2023

The enclosed letter was processed through our mail system. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another person, please return the enclosed to the above address.